IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Charles W. REED III
A.K.A.
Dwight Byrd,
         Plaintiff

V.

John Rowley, et.al.,
         Defendants

_____ FILED    _____ ENTERED
_____ LOGGED   _____ RECEIVED

JUN 10 2009

AT BALTIMORE
CLERK, U S DISTRICT COURT
DISTRICT OF MARYLAND
BY                              DEPUTY

Civil Action Number: CCB-08-3271

Motion To Withdraw Complaint Without Prejudice

1) On September 9, 2008 I filed civil complaint number CCB-08-2368, but after not receiving a response back from the court... And not being certain that my complaint reached the court. I refiled the complaint and mailed it out in another inmate's name... Thus civil complaint number CCB-08-3271.

2) Both cases stem from the same incident, and in fact... Case number CCB-08-2368 has already had the defendant's motion for summary judgment, and my response to the defendant's motion filed with the court. My motion being filed with the court in March.

3) Enclosed with my motion to withdraw, is a copy of a request for Administrative Remedy complaining of my not receiving my legal mail... To know that the original complaint CCB-08-2368 did in fact reach the court. Which prompted the refiling, which came to be civil complaint

CCB-08-3271, Filed on December 3, 2008.

4) I sent a prior motion to withdraw to the court and to Assistant Attorney General Rex Gordon in March, after filing my response to the defendant's motion for summary judgment in civil complaint CCB-08-2368. But as previously feared my mail was not leaving North Branch Correctional Institution.

5) I beg the court's indulgence, because I in no way meant to waste this Honorable Court's time. I pray that my motion to withdraw without prejudice be granted in civil case number CCB-08-3271... To allow this Honorable Court to rule on the motions filed in civil complaint CCB-08-2368, which arise from the same incident that lead to the filing of civil complaint CCB-08-3271.

Respectfully Submitted,

Charles W. Reed III
Plaintiff Pro Se

Certificate of Service

I Hereby Certify that on this 2nd day of June, 2009, a copy of the foregoing Motion To Withdraw Complaint Without Prejudice, was mailed postage prepaid to:

Rex S. Gordon
Assistant Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
Saint Paul Plaza - 19th Floor

Officer's Name: Print and Signature                                                             Date

CASE NO. _____

# MARYLAND DIVISION OF CORRECTION
# REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

TO:            ☑ Warden of Institution

Emergency Request: ☑ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: __Byrd__ __Dwight__ _____ __311-389__ __N.B.C.I__
       Last Name    First Name   Middle Initial    DOC Number    Institution

Housing Location __1·C·31__   Protective Custody ☐ , Administrative Segregation ☐   Disciplinary Segregation ☑

## Part A – INMATE REQUEST

Ever since Sergeant R. Cross alleged that I assaulted him, by squirting feces on him on 9-25-08... All of my legal mail arriving in the institution ever since then, has either been returned to sender... Destroyed, or it was alleged that I refused to sign for it. I have active criminal and civil litigation cases pending, and receive legal mail on a regular basis... After not receiving any for over two weeks, I asked other inmates who receive legal mail, to check the Legal Log Book to see if my name appears anytime after 9.25.08...

__October 8, 2008__    I was informed that my name appears numerous times and that
Date

Signature of Inmate: Charles M. Reed III A.K.A. Dwight Byrd #311.389

## Part B – RESPONSE

Date                                                        Signature of Warden

You may appeal this response by following the procedure prescribed on the back of this form.

## Part C – RECEIPT              Case No. _____

RETURN TO: _____
           Last Name    First Name   Middle Initial    DOC Number    Institution

I acknowledge receipt of your complaint dated _____ in regard to: _____

Date                                                        Institutional ARP Coordinator

Original: White   Institutional ARP Coordinator
Copy:    Canary - Inmate

DOC Form 185-002c (Rev. 7/08)

## Part A (Continued) – INMATE REQUEST

each time my name appeared... Either Sgt. Cross or Officer Yoder signed the book stating that I refused to sign for my legal mail... And that it was eventually returned to sender! A review of the tier camera will verify that at no time since 9-25-08 until now... Did any officer attempt to have me sign for, or attempt to deliver any legal mail to cell 1-B-2. These officers have blatantly abused their authority, by denying me my legal mail... Subsequently violating my constitutional rights in the process! I'd appreciate it from now on, that all of my personal and legal mail is delivered to me by the housing unit manager... To ensure that my legal and personal mail is no longer, with held from me... Thank you!

October 8, 2008
Date

Charles 3rd Reed III A.K.A. Dwight Byrd  #311-389
Inmate's Name: Print and Signature     DOC#